# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARGIE XIMENA LORZA-LOPEZ,
                  Appellant,
          vs.
JORGE ALBERTO LORZA,
               Respondent.

No. 77302

**FILED**

DEC 1 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to appellant's motion for voluntary dismissal, this appeal is dismissed. The parties shall bear their own costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
       Robert E. Gaston, Settlement Judge
       Nobles & Yanez Law Firm
       Law Office of Africa A. Sanchez, Esq., LLC
       Gayle F. Nathan
       Eighth District Court Clerk

18-90913|